IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:16-CR-22-H-9

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MUHAMMED LABBID AL HADDAWI, | ) | |
| | ) | |
| Defendant. | ) | |

This case came before the court today on the oral motion by the government, pursuant to 18 U.S.C. § 3142(f), to detain defendant pending trial. (*See* D.E. 75). The court denied the motion and entered an order setting conditions of release for defendant ("release order") (D.E. 76), after reviewing its terms with defendant and his counsel in open court and obtaining defendant's signature on the order. While defendant was meeting with the United States Probation Office ("USPO") after the hearing in connection with his release, the USPO recommended that there be added to the release conditions the requirement that defendant participate in the curfew location restriction program provided for in paragraph 7(p)(i) of the release order. The court adopted the recommendation, and checked and initialed the appropriate spaces in paragraph 7. The USPO subsequently explained the added curfew condition to defendant, whose counsel had understandably already left the courthouse.

In the event defendant has any objections to or questions about the curfew condition, he shall file a motion for the relief sought no later than 16 February 2016.

SO ORDERED, this 8th day of February 2016.

James E. Gates
United States Magistrate Judge