UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| MUHAMMED LABBID AL HADDAWI, | ) | 5:16 CR 22-H-9 |
| | ) | |

This matter came before the Court upon the Defendant's motion to seal two documents in the above styled case. After considering the Defendant's arguments the Court has decided to seal the sentencing memorandum under docket entry 270 and the memorandum setting forth the reasons for the Defendant's request under docket entry 272 in this case. These documents shall be sealed until the Court otherwise orders.

SO ORDERED.

This the 8th day of February, 2017.

*/signature/*

MALCOLM J. HOWARD

SENIOR UNITED STATES DISTRICT JUDGE